## No. 10-6300 (10A254). Holly Wood, Petitioner v. Alabama.

561 U.S. 1054, 131 S. Ct. 58, 177 L. Ed. 2d 1147, 2010 U.S. LEXIS 5728.

September 9, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Justice Sotomayor would grant the application for stay of execution.